MAUREEN E. McCLAIN, Bar No. 062050
Email: mmcclain@littler.com
MATTHEW P. VANDALL, Bar No. 196962
Email: mvandall@littler.com
LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendant
CBS BROADCASTING INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SCHECHNER AND JOHN LOBERTINI,<br><br>Plaintiffs,<br><br>v.<br><br>KPIX-TV, CBS BROADCASTING, INC. and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV-05049 MPH<br><br>STIPULATION AND [PROPOSED] ORDER CONCERNING SUPPLEMENTAL CASE MANAGEMENT CONFERENCE MINUTE ORDER<br><br>Complaint Filed: October 16, 2008<br>Date of Removal: November 5, 2008<br>Trial Date: No date set. |

WHEREAS, on May 18, 2009, the parties appeared by and through their respective counsel at the Court's Supplemental Case Management Conference;

WHEREAS, the Court issued a Minute Order following the Supplemental Case Management Conference which included the following schedule for statistics expert discovery:

- "Designations by 7/24/09"; and
- "Final reports by 8/19/09".

WHEREAS, the parties met and conferred about this aspect of the Minute Order.

THE PARTIES STIPULATE AND AGREE to modify the Court's Minute Order to reflect the parties' understanding of the dates agreed upon during the Supplement Case Management Conference as follows:

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER     Case No. CV-05049 MPH

- Statistics experts will be designated on July 24, 2009;
- Statistics expert reports will be exchanged on July 31, 2009;
- Statistic expert depositions will be completed by August 19, 2009; and
- All other dates contained in the Minute Order (concerning the summary judgment briefing schedule) will remain unchanged.

DATED: June 4, 2009

Respectfully submitted,

McGUINN, HILLSMAN & PALEFSKY

By: _____/S/_____
JOHN A. McGUINN

Attorneys for Plaintiffs
WILLIAM SCHECHNER and JOHN LOBERTINI

**I HEREBY ATTEST THAT THE CONTENT OF THIS DOCUMENT IS ACCEPTABLE TO ALL PERSONS REQUIRED TO SIGN THIS DOCUMENT.**

DATED: June 4, 2009

Respectfully submitted,

LITTLER MENDELSON

By: _____/S/_____
MATT VANDALL

Attorneys for Defendant
CBS BROADCASTING INC.

IT IS SO ORDERED:

Dated: June __5__, 2009

_____
IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER        2.                    Case No. CV-05049 MPH