MAUREEN E. McCLAIN, Bar No. 062050
Email: mmcclain@littler.com
MATTHEW P. VANDALL, Bar No. 196962
Email: mvandall@littler.com
LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
Telephone:   415.433.1940
Facsimile:    415.399.8490

Attorneys for Defendant
CBS BROADCASTING INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SCHECHNER AND JOHN LOBERTINI,<br><br>Plaintiffs,<br><br>v.<br><br>KPIX-TV, CBS BROADCASTING, INC. and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.  ~~CV-05049 MPH~~   CV 08-05049 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER FOR A BRIEF CONTINUANCE OF EXPERT DEPOSITION DISCOVERY**<br><br>Complaint Filed:  October 16, 2008<br>Date of Removal:  November 5, 2008<br>Trial Date:  No date set. |

WHEREAS, the current deadline for completing statistical expert deposition discovery is August 19, 2009;

WHEREAS, the parties seek to reduce the costs associated with expert deposition discovery by scheduling each statistical expert for one half day of deposition testimony on the same date;

WHEREAS, Plaintiff's expert statistician will be out of the country and unavailable for deposition between August 10 and 19, 2009;

WHEREAS, the next available date that both experts are available for deposition is August 24, 2009, three business days after the Court ordered deadline for completing expert deposition discovery; and

WHEREAS, the parties met and conferred about this scheduling change.

STIPULATION AND [PROPOSED] ORDER FOR
A BRIEF CONTINUANCE OF EXP. DEP. DISC.

Case No.  CV-05049 MPH

1  THE PARTIES STIPULATE AND AGREE to modify the Court's Minute Order to
2  reflect a 3 court days extension of the deadline to complete statistical expert deposition discovery
3  from August 19, 2009 to August 24, 2009.  The rest of the Court's Minute Order (concerning the
4  exchange of expert reports and the summary judgment briefing schedule) will remain unchanged.

5  DATED:  July 28, 2009                    Respectfully submitted,

6                                            McGUINN, HILLSMAN & PALEFSKY

7
                                             By:_____/S/_____
8                                                    JOHN A. McGUINN

9                                            Attorneys for Plaintiffs
                                             WILLIAM SCHECHNER and JOHN
10                                           LOBERTINI

11  **I HEREBY ATTEST THAT THE CONTENT OF THIS DOCUMENT IS ACCEPTABLE
    TO ALL PERSONS REQUIRED TO SIGN THIS DOCUMENT.**
12
    DATED:  July 28, 2009                    Respectfully submitted,
13
                                             LITTLER MENDELSON
14

15
                                             By:_____/S/_____
16                                                   MATTHEW P. VANDALL

17                                           Attorneys for Defendant
                                             CBS BROADCASTING INC.
18

19

20           IT IS SO ORDERED:

21

22
    Dated:  July  29 , 2009
23                                           IT IS SO ORDERED
24                                           Judge Marilyn H. Patel

25

26  Firmwide:91227932.1 061611.1002

27

28

STIPULATION AND [PROPOSED] ORDER
FOR A BRIEF CONTINUANCE OF EXP.                 2.                 Case No.  CV-05049 MPH
DEP. DISC.