1  John A. McGuinn (State Bar No. 36047)
   Carolyn Leary (State Bar No. 226845)
2  McGUINN, HILLSMAN & PALEFSKY
3  535 Pacific Avenue
   San Francisco, CA 94133
4  Tel:   (415) 421-9292
   Fax:   (415) 403-0202
5

6  Attorneys for Plaintiffs
   WILLIAM SCHECHNER and
7  JOHN LOBERTINI

8

9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SCHECHNER and JOHN LOBERTINI, | Case No. CV-08-05049 MHP |
| | **e-filing case** |
| Plaintiffs, | [PROPOSED] ORDER PERMITTING PLAINTIFF TO RETRACT E-FILED |
| v. | DECLARATION OF JOHN A. MCGUINN IN SUPPORT OF PLAINTIFFS' |
| KPIX-TV and CBS BROADCASTING, INC., | FURTHER BRIEF ON DISPARATE IMPACT AND REPLACE |
| Defendants. | IT WITH A MANUALLY FILED DECLARATION UNDER SEAL |
| | DATE:  November 16, 2009 |
| | TIME:  2:00 p.m. |
| | DEPT:  Courtroom 15, 18th floor |
| | JUDGE: Hon. Marilyn Hall Patel |
| | COMPLAINT FILED: October 16, 2008 |
| | TRIAL DATE:  No Date Set |

[PROPOSED] ORDER PERMITTING PLAINTIFF TO RETRACT E-FILED DECLARATION
OF JOHN A. MCGUINN IN SUPPORT OF PLAINTIFFS' FURTHER BRIEF ON
DISPARATE IMPACT AND REPLACE IT WITH A MANUALLY FILED DECLARATION
UNDER SEAL

1

McGUINN, HILLSMAN
& PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
(415) 421-9292

1  WHEREAS on Friday, August 13, 2010, Plaintiffs WILLIAM SCHECHNER and JOHN
2  LOBRTINI erroneously e-filed the Declaration of John A. McGuinn in support of Plaintiffs'
3  Further Brief on Disparate Impact, in that attached as exhibits to said Declaration were
4  numerous confidential documents in violation of the Stipulated Protective Order filed herein on
5  February 19, 2009:
6  
7  IT IS HEREBY ORDERED that Plaintiffs may retract the Declaration of John A.
8  McGuinn e-filed herein on August 13, 2010 and replace it with a Declaration of John A.
9  McGuinn to be manually filed under seal, in compliance with the above-referenced Stipulated
10 Protective Order.

Dated:   8/23/2010



Judge, Judge Marilyn H. Patel

IT IS SO ORDERED

[PROPOSED] ORDER PERMITTING PLAINTIFF TO RETRACT E-FILED DECLARATION
OF JOHN A. MCGUINN IN SUPPORT OF PLAINTIFFS' FURTHER BRIEF ON
DISPARATE IMPACT AND REPLACE IT WITH A MANUALLY FILED DECLARATION
UNDER SEAL

McGUINN, HILLSMAN
& PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
(415) 421-9292