UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

<table>
<tr><td>FILED</td></tr>
<tr><td>AUG 15 2012</td></tr>
<tr><td>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS</td></tr>
</table>

WILLIAM SCHECHNER and JOHN
LOBERTINI,

              Plaintiffs - Appellants,

  v.

KPIX-TV and CBS BROADCASTING
INC.,

              Defendants - Appellees.

No. 11-15294

D.C. No. 3:08-cv-05049-MHP
U.S. District Court for Northern
California, San Francisco

**AMENDED MANDATE**

The judgment of this Court, entered May 29, 2012, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $364.20

                         FOR THE COURT:
                         Molly C. Dwyer
                         Clerk of Court

                         Lee-Ann Collins
                         Deputy Clerk