**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

| | | |
|---|---|---|
| Richard W. Wieking<br>Clerk | | General Court Number<br>415.522.2000 |

March 14, 2013

CASE NUMBER:   **CV 08-05049 MHP**
CASE TITLE:   **WILLIAM SCHECHNER-v- KPIX-TV**
DATE MANDATE FILED:   3/14/13

TO COUNSEL OF RECORD:

    The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

                      Sincerely,

                        RICHARD W. WIEKING, Clerk

                      by:  Gina Agustine
                      Case Systems Administrator

Distribution:   CIVIL         -   Counsel of Record

               CRIMINAL   -   Counsel of Record
                                U.S. Marshal (Copy of Mandate)
                                U.S. Probation Office

NDC App-16